Form a0asgncl

**United States Bankruptcy Court**
**Southern District of Ohio**
**120 West Third Street**
**Dayton, OH 45402–1819**

---

In Re:  Robin M Pyle                                Case No.: 3:10–bk–32631

       Debtor(s)                              Chapter:  13

SSN/TAX ID:
    xxx–xx–2551                                Judge:  Guy R Humphrey

---

### NOTICE OF FILING TRANSFERRED OR ASSIGNED PROOF(S) OF CLAIM

A transfer/assignment of claim(s) was filed in the above proceeding by HSBC Bank Nevada, N.A. for the transfer of a claim originally filed by Capital One, N.A..

The transfer/assignment designates Capital One, N.A. as the transferor and HSBC Bank Nevada, N.A. as the transferee.

Notice is given that:

The deadline to file a written objection to the transfer/assignment of the proof(s) of claim is December 7, 2012. If no objection is filed, the transferee shall be substituted for the transferor in accordance with Bankruptcy Rule 3001(e)(2).

Dated: November 16, 2012

                                                    FOR THE COURT:
                                                    Kenneth Jordan
                                                    Clerk, U.S. Bankruptcy Court